**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| SHANNON BERTRAND, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:25-CV-315 |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM OPINION ADOPTING REPORT AND RECOMMENDATION**

The court referred this matter to United States Magistrate Judge Zack Hawthorn for consideration pursuant to applicable laws and orders of this court. The magistrate judge submitted a Report and Recommendation (Dkt. #15) recommending that the Defendant's Unopposed Motion to Remand (Dkt. #13) and Plaintiff's Unopposed Motion for Entry of Judgment (Dkt. #14) be granted and that this case be remanded to the Commissioner of Social Security pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings. The court has received and considered the Report and Recommendation of the magistrate judge, along with the record and applicable law. The court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

Accordingly, the Report and Recommendation of the magistrate judge (Dkt. #15) is ADOPTED. It is further ORDERED that Defendant's Unopposed Motion to Remand (Dkt. #13) and Plaintiff's Unopposed Motion for Entry of Judgment (Dkt. #14) are GRANTED.

The Commissioner's final decision is REVERSED, and this action is REMANDED to the Commissioner of Social Security pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings. A final judgment will be entered separately.

SIGNED at Beaumont, Texas, this 16th day of October, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE